# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
8-21-23   by JC   32 pages
Date   initials   No.

Gerald Jones )
_____ )
_____ )   Case Number: _____
_____ )   *(Clerk's Office will provide)*
_____ )   23-3804-DWD

*Plaintiff(s)/Petitioner(s)*

v.

Rob Jeffreys, Anthony Willis,
Wexford Health Resource INC,
7 Jane Does mental Health staffs
and supervisors,

*Defendant(s)/Respondent(s)*

23-2889-SMY

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

Gerald Jones B13486
Menard C.C., PO Box 1000
Menard Illinois 62259

**Defendant #1:**

B.   Defendant __Rob Jeffreys__ is employed as
      (a)   (Name of First Defendant)

__Director of I.D.O.C. and Menard C.C.__
      (b)   (Position/Title)

with __I.D.O.C. and Menard Correctional center__
      (c)   (Employer's Name and Address)

__P.O. Box 1000 Menard, Illinois 62259__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes   ☐ No

If your answer is YES, briefly explain: __Defendant is a state official responsible for the state prisons of Illinois operations.__

Rev. 10/3/19

1

**Defendant #2:**

C.   Defendant ___Anthoney Willis___ is employed as

(Name of Second Defendant)

___WARDEN OF MENARD Correctional center___

(Position/Title)

with ___I.D.O.C. AND MENARD Correctional center___

(Employer's Name and Address)

___P.O.Box 1000 Menard Illinois 62259___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: DEFENDANT is A State OFFICIAL RESPONSIBLE AS WARDEN OPERATING the State Prison OF I.D.O.C. in ILLINOIS

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

DEFENDANT ___WexFORD Health Resource INC.___ is Employed AS mentAl HeAlth AND medical Services ProviDers BY CONTRACT with I.D.O.C. AND MENARD correctional center At ADDress P.O.Box 1000 Menard Illinois 62259 DeFENDONTS EmployeD BY State CONTPACT with I.D.O.C.,

E.   DeFENDAnTS ___SEVEN JAne Does mental Health StAFF AND AND Supervisors___ is EmPloyeD AS mentalHeAlth StaFF with I.D.O.C. and WexForD Health Resource INC. MENARD C.C. At ___Menard correctional center, Po Box 1000 Menard Ill, 62259.___ DeFeNDONTS employeD By State CONTPACT with I.D.O.C.,,

Rev. 10/3/19

2

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  Gerald Jones

Defendant(s):  John Burke, et al

2.    Court (if federal court, name of the district; if state court, name of the county):  U.S. District Court Central Dist of Illinois

3.    Docket number:  21-1305-JES

4.    Name of Judge to whom case was assigned:  James E. Shadid

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  civil 42 USC. §1983

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  Still Pending

Rev. 10/3/19

3

7. Approximate date of filing lawsuit: *ABOUT December 2021*

8. Approximate date of disposition: *STILL PENDING,*

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *STILL PENDING*

10. *I have no Property Due To said claims DeFenDANTS ReFuse To give It Back, So unABle To State the other Cases.*

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes   ☐ No

C. If your answer is YES,
1. What steps did you take? *I Took AN Alternative Grievance Procedure I sent a Grievance letter To the Governer of Illinois and To WARDEN of menArD C.C. — Because All officers and counselor Refuse To Give me ANY Grievance Forms.*
2. What was the result? *NO Response and ignoreD.*

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes   ☐ No

F. If your answer is YES,
1. What steps did you take? *wRote letters To Governer of Illinois and DeFenDANT wARDEN oF menARD, and ToID All mentAl Health staff making seg ROUNDS, and ASSESMENTS,*

Rev. 10/3/19

4

2.    What was the result? *Ignored, Disregard and All mental Health staff Defendants Refuse to listen and Falsified mental Health Reports Not Documenting my claims of Abuse, Crisis and Distress.*

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*I was not able to make copies and was ignored and no Responses.*

Rev. 10/3/19                                       5

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

## Factual Allegations:

1) ON 7-29-23 PlaintiFF WAS TransFered To menard Correctional center From lawrence c.c. For DisciplinAry Reasons Alleged staFF assqult.

2) DeFendants John Doe Prison Authorities, waden ms. Brookhart oF lawrence Prison, mr. willls, All responsible For PlaintiFF TransFer HAD a ministerIal lawFul Prison Policy Duties and BY other laws. To consider and NoT TransFer PlaintiFF To any FacilitY that cannot meet PlaintiFF's serious saFety and mental Health care Treatment needs.

3) Required By Prison Policy Duties, All DeFendants Responsible For PlaintiFF TransFer To manard c.c. AND Receiving PlaintiFF, learned Prior To 7-29-23 and By 7-30-23, that PlaintiFF is on mental Health services case load as a PatienT, have serious saFety and necessary mental Health Treatment needs. From the TransFer Reports, AND assessment Report To know Duties.

4) All DeFendants acting with Deliberate INDiFFerence To PlaintiFF's serious saFety and mental Health care Treatment needs, By TransFered PlaintiFF To menard c.c. and Allowed it, knowing menard c.c. and mental Health staFF conditions oF conFinement could NoT meet PlaintiFFs known serious saFety and mental Health care Treatment necessary needs.

Rev. 10/3/19

5.) All Defendants conspiredly allowed and disregarded the known SUBstantial Risk of serious harm to Plaintiff's Health, Safety and mental Health serious need From Transfered Plaintiff to menard C.C. Condtions of Confinement.

6.) All Defendants knew Plaintiff would Be serious Deprived of All his serious safety and mental Health Treatment known needs From menard C.C. Practices, custom and Policies, and Condtions of Confinement.

The UNCONSTITUTIONAL Condtions of Confinement:

7.) ON 7-29-23 since Plaintiff Been in menard, All Officers Sgt, Medical staff and mental Health Staff Have conspiredly Deprived and Preventing Plaintiff All medical and mental Health services, Evaluations and Treatment. In violations of the 8 and 14 amendment constitution.

8) On 7-29-23 About 18 minute Plaintiff arrived in menard Prison, Four Officers Illegally Beat, Punched and Kicked Plaintiff while hand cuffed, In Retaliation and racism, For Transfer In For Assaulting staff in lawrence C.C. Stated By one of the Officer, In Violation of Plaintiffs 8 and 14 amendment const. Rights, in North Two Holding area.

9.) the Four officer Put Plaintiff in cell 227 with the Toilet and water off, and Refuse To Feed Plaintiff Breakfast.

7

10.) All Four officers iGNore Plaintiffs crys For need medical Treatment request, Pain, Injured and suffering. in violation of Plaintiff 8. 14 amendment const. Rights.

11.) thus as a result of the Plaintiff was subjected To assaulted and Deprivations of medical services, Food, water and Toliet, thus Plaintiff was Deprived of the serious safety and mental Health care Treatment necessary needs, in violation of his 8 and 14 amendment const, rights.

12.) thus as a Result Plaintiff mental ill and Disorders Diagnoses exacerbated, and Plaintiff had a serious Self harm Distress mix emotion Breakdown Cutting his Arm For help.

13.) officer whom Discovered Plaintiff self harm Bleeding arbitrary sprayed Plaintiff with mace, malicious and sadistically, as a opportunity, knowing Plaintiff already stop self harming asking For a crisis team and Help.

14.) Plaintiff was sent to the outside hospital Due To continue lost of blood, and received 23 stitches.

15.) Defendant Jane Doe mental Health staff placed Plaintiff on constant watch status, For his self harm breakdown. But in violation of Plaintiff's 8 and 14

8

· AMENDMENT CONST, rIGHTS INGNORED PLAINTIFFS REASONS Telling her EVERYthing why PLAINTIFF self harm.

16.) DEFENDANTS WEXFORD'S and MR. WILLIS, John Doe Practitioner stitched PLAINTIFFS known FLAPPED DEAD SKIN BACK ON the ARM, RAPPING It with BANDAGES. AS a RESULT PLAINTIFF INJURY Got seriously INFECTED, GANE Green in FOUR DAYS, And Ate a hole in PLAINTIFF Arm From GANE Green INFECTION.

17.) DEFENDANTS WEXFORDS and MR, WILLIS, All medical services, Practitioner and nurses since 7-30-23, will NOT provide PLAINTIFF any medical services, EVALUATIONS NOR TREATMENT For PLAINTIFF being ASSAULTED and MACED, Because they knew was caused by officers, Practice custom and Policy misconduct, In UROLATIONS OF PLAINTIFFS 8 and 14 AMENDMENT CONST, RIGHTS.

18.) DEFENDANTS SEVEN JANE Does INDIVIDUALLY, on 7-30-23 7-31-23, 8-1-23, 8-2-23, 8-5-23, 8-15-23, mental Health STAFF, IN UROLATIONS OF PLAINTIFFS 8 AND 14 AMENDMENT CONST, RIGHTS Breached their license DUTIES DENIED PLAINTIFF mental Heath services AND TREATMENT, From:
A.) All DEFENDANT JANE Doe mental Health STAFF IGNORED and REFUSE TO Report TO Proper AUthority why PLAINTIFF selfharm, and B.) REFUSE listen TO GIVE TREATMENT For

9

the Distres, Frustration and EXacerBate mental ill Disorder Plaintiff said he having.' AND c.) All Defendants Jane Doe mental Health staff would walk off and let the officers answer For them, in order To Be racist and Allow the officer continue misconduct Against Plaintiff.

19.) Every other Day or For a hole DAY on 7/3 and 3/11 shift officers unknown, including a S/o maldonaDo, ADmiAted, keep Turning off Plaintiffs water and Toilet. Depriving Plaintiff thus necessary Basic needs, in violations of his 8 and 14 Amendment Const, Rights, since 7-30-23.

20.) Every other Day AND most at BreakFast, Numerous officers Refusing To Feed Plaintiff breakfast, lunch or Dinner, thus Depriving Plaintiff his necessary Basic needs of Adequate Food and Nutrition, in violation of Plaintiffs 8 and 14 Amendment Const, Rights since ABout 8-3-23.

21.) since 7-30-23 Arrived in menard C.C. All officer, Refuse To Give Plaintiff Hygien Items indigent Bags, ToothPaste ToothBrush, shampoo, DeoDorant, and comB. Depriving Plaintiff his necessary Basic needs in Violation of his 8 and 14 Amendment Const, rights.

22.) since 7-30-23 All officers RefuseTo Give Plaintiff A

10

mattress, OFFicers conspiredly put a plastic covering of a mattress in the cell with most of the cotton taken out, ripped, excessively rusty, flat as a pancake and is dangerous to plaintiff's health and skin. that amounts to no mattress. Depriving plaintiff a mattress basic necessary need in violations of his 8 and 14 amendment const. rights.

23) All officers refuse to collect and depriving plaintiff laundry services and clean change of clothing, sheets, underwear, T-shirts and socks. Basic necessary needs in violation of plaintiff's 8 and 14 amendment const. rights. Since 7-30-23.

24.) All officers and counselor ms. Quick refuse to give plaintiff's grievances forms, money voucher, visiting list forms and phone list form, thus preventing-depriving plaintiff the rights to petition to the government redress of grievance and access to the communicate to government authorities and family to report plaintiff's conditions for help, in violation of plaintiff 1, 8 and 14 amendment const. rights. On 8-4-23 ever since.

25.) On 8-5-23 and 8-15-23 defendants two jane doe's mental health staff made routine segregation review rounds. To determine plaintiff mental health needs in north two at cell 409.

11

26) thus Both times PLAINTIFF TOLD DEFENDANTS JANE DOE's mental Health STAFF, he was "DISTRESSED BEEN TRYING TO Get medical treatment SINCE he came TO MENARD, these officers JUMPED me." AND Both DEFENDANTS WALKED OFF TO the Next cell, iGNORING PLAINTIFF. IN VIOLATION OF PLAINTIFF's 8 AND 14 AMENDMENT CONST. RIGHTS.

27) IN VIOLATIONS OF PLAINTIFF 1, 8 AND 14 AMENDMENT U.S. Constitutional rights OF the Prohibited clauses, EVERY MEDICAL AND mental Health STAFF AND DEFENDANTS that PLAINTIFF TRIED or TALKED TO, ONCE PLAINTIFF say he WAS ASSAULTED BY MENARD OFFicers AND NEEDS MEDICAL TREATMENT, IN RESPONSE IGNORE PLAINTIFF AND REFUSE Their DUTIES TO GIVE MEDICAL AND MENTAL HEALTH SERVICES. AND PLOTTED TO PARTICIPATED.

28) DEFENDANTS MR. WILLIS, MR. JEFFREYS, AND JOHN DOE's. With All DEFENDANTS Allowing DISREGARDING, have a Practice, custom AND Policy BEING carried out IN MENARD C.C. OF, A) ASSAULTING AND USING CORPORAL PUNISHMENT, PAIN AND ARBITRARY EXCESSIVE FORCE, ON All inmates whom TRANSFER TO MENARD C.C. FOR ASSAULTS ON STAFF AND B.) AND TO DEPRIVE INMATES BASIS NECESSARY NEEDS OF FOOD, MEDICAL TREATMENT FOR their ASSAULT INJURIES, HYGIEN, SHOWERS, WATER, CLEAN Clothing, workABLE TOLIET, SAFETY AND OTHER DEPRIVATIONS

12

Design To harass, Abuse and Distress Plaintiff and inmates. and C.) All medical staff, mental health staff and officers act as a code of silence to refuse to report Plaintiff and inmates toid to them as possible, to protect staff.    (Refered to as the "Assault Policy").

29) All Defendants mr. Willis, mr. Jeffreys and John Does responsible, Wexford. and the seven Jane Does mental Health staff and supervisors, allowed, directed approved and disregard and condone for, Plaintiff to be subjected to the Practice, custom and Policy of menard C.C. "Assault Policy". Since 7-29-23 In violations of Plaintiff 8 and 14 amendment constitutional Rights of the Prohibited clause.

30) All Defendants knew it was a substantial risk of harm to allow or and carryout menard C.C. officers "Assault Policy" to Plaintiff Health and Safety Because it was design for officers to commit Illegal arbitrary harm and Pain mental and Physically to Plaintiffs and inmates, In violation of Plaintiff 8 and 14 amendment const. Rights.

31) All officers put leg cuffs on Plaintiff malicious and sadistical to cause Plaintiff corporal Punishment infliction of severe

13

PAIN, INJURIES AND SUFFERING. EVERY time TighTly ~~that~~ **CUFFS** PLAINTIFF Flesh OPEN AND BleeDing **FROM** his ANKLES WALKING IN PAIN. From LegcuFF, IN VIOLATIONS OF PLAINTIFF 8 AND 14 AMENDMENT CONST. RIGHTS.

32.) NUMEROUS OFFICERS AND c/o **BENT**. mostly ON 3/11 ShiFT some on 7/3 ShiFT, c/o GARCIA, c/o Jullen, AND other MADE threats ABOUT PLAINTIFF "GOING TO GET ASSAULTED MORE. or Killed, here IN **MENARD** C.C." AND ON BONE NOT getting Nothing, Because PLAINTIFF **TRANSFERED** To MENARD For A STAFF Assault. Harassing ~~the~~ PLAINTIFF.

33.) OFFICERS c/o BEN~~tu~~ AND other OFFICERS ON 3/11 ShiFT keep BANGING ON the WINDOW cell, To INTIMIDATE the PLAINTFF, AND REFUSING PLAINTIFF ice, ShOWERS AND DINNER meals. IN VIOLATIONS OF PLAINTIFF 8 AND 14 AMENDMENT CONSTITUTIONAL RIGHTS.

34.) All DEFENDANTS AND MENARD OFFICERS, SUBJecting PLAINTIFF TO All SAID ABUSE, threats, PAIN, HARASSMENT, Distress CONDITIONS AND Severe DePrivATIONS OF PLAINTIFF BASIc NECESSARY NEEDS EVERY DAY, AS A ADMINISTRATIVE PractiCE AND Policy. have CAUSED PLAINTIFF Serious menTal ill AND DISORDERS To ExACERBATE, ActiNG With DELIBERATE INDIFFERENCE.

14

## All DeFeNDANTs DeliBerate INDiFFerence:

35) AS A RESult oF menArD C.C, CONDITIONS OF CONFiNement PrActices, custom anD Policies, PlAiNtiFF have Been unuABle To OBTAiN ANY mental HeAlth cAre services For his serious SAFety anD mental HeAlth Necessary TreAtmenT NeeDs. IN menArD C.C, iN VIOlAtion oF PlAiNtiFF 8 anD 14 AmenDment CoNstitutioNAl RightS.

36.) DeFenDANTS wexForD, mR.williS,mR.JeFFreys anD John Doe's ResPonsiBle, All seven mental HeAlth stAFF JANe Doe's anD superviSORS, have anD had the ResPonsiBility /Aw ministeriAl Duties, To eNSure PlAiNtiFF AS a mental HeAlth PAtient, WAS ReceiviNG the Necessary mental HeAlth services anD TreAtment For PlAiNtiFF SAFety From ANy HarmFul CoNDitions or situAtions.

37) Acting with DeliBerate iNDiFFerence, DeFenDANTS All haD anD CoNtiNue To BreAch thus RESPonsiBility, BY All mental HeAlth StAFF anD supervisor FAil anD ReFuse To creAte a TreAtment PlAN thAt meets PlAiNtiFF iNDiViDuel Necessary TreAtment, care anD SAFety Serious NeeDs,

38) thus AS a RESult PlAiNtiFF is iN imminenT DAnger oF Serious PHYSICAl iNJuries, Due To PlAiNtiFF NoT ReceiviNG

15

No mental Health Treatment Plan, in violations of his Due Process Rights to a Treatment Plan that actually provides Mental Health Treatment For his necessary Safety and Health needs.

39) All Defendants have learned and knew From their "Assault Policy" since 7-30-23, and Plaintiffs verbal Complaints and letters, including Being sent to the out side hospital, that menard C.C. conditions of confinement. Has and Are continue Causing Plaintiff serious mental and Physical, Painful and severe mix emotional Anguish, Distress and self harm, and self harm thoughts continue.

40) Each Defendant All had a special Duties owed to Plaintiff as a Patient, To ensure their mental Health staff and services, By law and mental Health license, To Provide To Plaintiff the Proper Protocol Safety and Treatment To Prevent the Reoccurring Reasons For Plaintiff serious Physical and mental self harm injuries and Breakdowns occurred on 7-30-23.

41.) All Defendants Acting with Deliberate indifference To Plaintiff serious mental Health, and safety care known needs, By willfully subjecting, Allowing, and Disregarding To, Plaintiff Being inflicted with the same on Going said

16

menard c.c. conditions of confinement and "assault policy." that they know caused serious mental and physical injuries. thus in violations of plaintiff's 8 and 14 amendment const. rights. to plaintiff.

42) All defendants acting with deliberate indifference breached their special duties by law and their mental health license, owe to plaintiff as a patient, to stop the menard c.c. conditions of confinement, risks and unlawful acts, that causes and exacerbating plaintiffs mental disorders and causing plaintiff more injuries.

<u>The fact plaintiff in imminent danger of serious physical injuries;</u>

43) Plaintiff is a mental health patient, diagnosed and is suffering from, a serious mentally ill, cluster B. disorder, depression, serious selfharm distress breakdowns, poor coping skills, impulsive control disorders, anxiety, a thinking disability. At times unable to care for him self resorting to serious selfharm unwanted behaviors imminent serious physical injuies.

44) All defendants have, acting as mental health services, staff and providers, have conspiredly diagnosed plaintiff of thus mentally ill disorders, symptom and suffer from such

17

AND NECESSARY NEEDING MENTAL HEALTH CARE SERVICES AND TREATMENT FOR thus DIAGNOSES AND SUFFERING, AS DOCUMENTED.

45.) All DEFENDANTS learned through PLAINTIFF's TRANSFER REPORTS, ASSESSMENT REPORTS, AND MENTAL HEALTH AND MEDICAL RECORDS, INCLUDING his SELFhARM INJURIES ON 7-30-23, without MENTAL HEALTH TREATMENT NEEDS BEING PROVIDED, PLAINTIFF would CONTINUE SUFFER HARM FROM his EXACERBATED SERIOUS MENTAL ill AND DISORDERS DIAGNOSES.

46.) BECAUSE oF All DEFENDANTS MENARD C.C. "ASSAULT POLICY" is BEING CARRIED OUT BY them, BECAUSE PLAINTIFF TRANSFERED IN FOR A STAFF ASSAULT, AND COLOR, All DEFENDANTS REFUSE TO ENSURE AND PROVIDE PLAINTIFF, MENTAL HEALTH TREATMENT NECESSARY KNOWN NEEDED FOR PLAINTIFF SERIOUS SAFETY AND MENTAL HEALTH NECESSARY NEEDS, IN VIOLATIONS OF PLAINTIFF's 8 AND 14 AMENDMENT U.S. CONST. RIGHTS.

47.) thus AS A RESULT PLAINTIFF CONTINUE ON A EVERYDAY BASIS have FrustrATIONAL DistressFul, ANXIETY AND ANGRY MOODS oF MIX EMOTIONS, INCLUDING: A) CONTINUE SELFhARM thoughts SCRATCHING or CUTTING his ARM IN the CELL, TRYING NOT to SERIOUSLY SELFhARM, B.) hAVING A SEVERE FEARFUL AND

18

worrying AND Depression Breakdowns, Feeling angry and intimidated, C.) EXACerBated mental disorders thats impairing Plaintiffs think To unwanted thoughts leaDing To more self harm thoughts From Distress. AND D.) Plaintiff continue to worrying with Fear UNABle To sleep, Bored, unable To concentrate, waiting. in need of mental Health Treatment known By All DeFendants.

48) thus as a Result of Plaintiff's condition of confinement All the DeFendants subjecting Plaintiff To Directly and indirectly, with no mental Health Treatment, Plaintiff is suffering the saiD, harm and injuries and suffering in All Paragraphs as stated in violation of Plaintiff's 8 AND 14 amenDment Constitutional rights. in need of medical treatment For self harm injuries left in his cell.

49) Plaintiff also suffering severe stomachaches, headaches, weakness, Breathing Distractions, BoDily Pain Distress, UNABle To sleep as needed waking up in Fear or From the BoDily Pain, stomach Pain From HUNGRY, irreparable self harm Pain, skin and Nerve Damage cuts.

50) Acting with Deliberate indifference DeFendants mr. willis, wexForD, and Jane Doe's mental Health supervisors Breaching their Duties To Tour the cell House so Plaintiff can Not Report to them Directly All saiD conditions causing Plaintiff harm and ReFuse To Response To Plaintiff's letter Grievance. For help and Treatment.

19

51.) All menard c.c, North two Officers, searGents, and mental Health staff and medical staff, counselor ms. Quick, and all Defendants have a practice, custom and Policy not to Give nor Report Plaintiff and inmates have Requested to see a crisis team, in violations of Plaintiffs 8 and 14 amendment const. Rights, ignoring Plaintiffs Requests since 8-5-23.

52) on 7-30-23 about 4:00 am to 7:10 am, officers looked, watched and left, thus Refuse to Report the Plaintiff was seriously Bleeding cutting his arm, in need for a crisis team and medical treatment.

53) thus that numerous mental ill selfharm inmates are Allowed, left to kill and serious harm themselfs is the Practice, custom and Policy of All Defendants, Officers and staff in menard c.c. occurring on a weakly Basis in violation of Plaintiff 8 and 14 Amendment const. Rights, Being subjected to the same Practice while in menard c.c.

54.) in violations of Plaintiffs 1, 8, and 14 amendment u.s. Constitutional Rights, all Defendants, Depriving Plaintiff the Rights to Be heard, obtain mental Health necessary Treatment, Acting Arbitrary, as a Ruse, Racist and or Bias when selfharm and Request to see a crisis Team.

20

55.) that thus EVERY moment PLAINTIFF EXACERBATED mental Health Disorders GREATE the Danger of PLAINTIFF is in imminent risk of serious PHYSICAL injury of having another and more serious self harm mentally ill injuries AND Hospitalized. As a side effect from MENARD C.C. CONDITIONS All DEFENDANTS Allowingly Operating.

56.) PLAINTIFF have no other Remedy At law, But To Turn To the COURTS, Due To All DEFENDANTS Participating, Policy AND OFFicers Refuse To Give PLAINTIFF Grievances, AND the WARDEN NOT RESPONDING To PlaintiFFs letter, For help and Treatment.

57.) PLAINTIFF will suffer irreparable serious PHYSICAl injuries and Constitutional Deprivation) rights, IF A Injunction is Not Grant, is obvious From the Facts AND PLAINTIFF Not Receiving ANY mental Health Treatment For his necessary Treatment needs, For his SAFety. and Prevented By All DEFENDANTS.

58.) the Balance is in PLAINTIFF's Favor To Grant A injunction Due To the All DEFENDANTS ACTS ViolATes the Constitutions 8 AND 14 Amendment, PLAINTIFF will suffer harm, and No harm will occur To DEFENDANTS Preventing them From Violating laws and Constitutional rights, is the Publics interest,

59.) At All times All DEFENDANTS ACTEd willfully, Intentional AND WANTonly, and under color of state law, is sue In their Individual, Personal and OFFicial Capacity where law Allows.

21

CAUSE OF ACTIONS:

60.) PLAINTIFF states All Previous ParaGraph of this Complaint is Incorporated into All Counts and Claims as ReAlleged

61.) <u>COUNT I.</u> State A Deliberate InDifference Claims To Plaintiffs serious safety and mental Health Necessary Needs. AGainst All DeFendants Being in Violations of Plaintiffs 1, 8 and 14 Amendment United States Constitutional RIGHTS.

62.) All DeFendants Acting with Deliberate InDifference, Fail and ReFuse To carry out the ministerial lawful and special Professional care Standards and Duties ReQuire For Providing mental Health care, services and treatment to Plaintiff, By AS Follows:

A.) Fail and ReFuse To Properly screen and Evaluate Plaintiff To learn Plaintiff's Necessary serious safety and mental Health Needs In order To Provide them.

B.) AFter learning From Plaintiff serious Physical selfharm mentally Ill Injuries and BreakDown, on 7-30-23, Fail and ReFuse To Provide To Plaintiff the safety and mental Health Treatment Necessary Needs they Knew Plaintiff Needs. ignoring Plaintiff's ReQuest.

C.) Allowed and Departed From the ProFessional standards of care and mental Health serives and Treatment, when Placed

22

Plaintiff Back into the same conditions, risk of Harm and area without protection and treatment, that caused Plaintiff mental disorders to exacerbate and caused Plaintiff mental ill serious self harm injuries distress and placed on suicidal watch status, on 7-30-23.

63.) All Defendants knew conspiredly from Menards C.C. History, their assault policy, other inmates and patients grievances, verbal complaints and lawsuits, including from their own responses, thus that Plaintiff serious mental health needs and safety needs would not be provided to Plaintiff in Menard C.C, nor under their control or services.

64.) All Defendants fail and refuse to have Plaintiff transfered back out of Menard C.C, in order to cause Plaintiff the all said injuries and deprivations of adequate mental health service and treatment for assaulted staff in Lawrence C.C..

65.) All Defendants fail and refuse to have Plaintiff transfered back out of Menard C.C, and ensure such, required by ~~they~~ lawful ministerial duties, when they learned and knew they could not or will not meet Plaintiff serious necessary safety and mental health treatment known needs, was the direct cause of Plaintiff on going injuries.

66.) All Defendants refuse to provide Plaintiff mental health needed treatment and safety from harm, as Plaintiff requested.

23

67.) - COUNT 2. States a intentional inflictions of Emotional distress claims. Against all Defendants Being in violations of Plaintiff 8 and 14 amendment United States Constitutional rights.

68.) All Defendants conspiredly subjecting Plaintiff to Menard C.C. conditions of confinement practices, custom and policies, and assault policy. Knowing such would actually Highly in fact cause Plaintiff severelly distress, pain and as a patient exacerbated mental ill disorders. From their purposes and motives and Menard C.C. history.

69.) All Defendants learn Plaintiff actually has and continue is actually suffering the severelly distress and harm, are willfully and still inflicting Plaintiff with the conditional distressful conditions of confinement without any mental health treatment for Plaintiff distress injuries.

70.) All Defendants conspiredly abusing their state of Illinois duties, authority and usage of Menard C.C. Facility, to cause Plaintiff serious mental ill and physical harm, and deprive Plaintiff adequate mental health services and treatment for his known necessary serious safety and mental health treatment needs.

71.) At all times all Defendants acted and continue to act contrary to their lawful duties to provide adequate safety and mental health services and treatment to Plaintiff he relied on.

24

REQUESTED RELIEF: the PLAINTIFF Prayer the COURT To

1.) FOR inJunction Relief enJoining All Defendant From subjecting Plaintiff To said unconstitutional conditions of confinement, Corporal Punishment and Conditions causing Plaintiff severe Pain, Distress and Exacerbated Mental Disorders Diagnoses self harm.

2.) For injunction Relief ordering All Defendants Provide To Plaintiff A.) the Adequate necessary safety and mental Health services and treatment that meets his serious care and safety needs. B.) Adequate safety and Protection From the harmful Officers Practice, custom, and Policies To Plaintiffs Health, Declared unconstitutional By the COURT. 4.) Transfer Plaintiff out menard C. C. For his safety and mental Health serious treatment needs, Before Further harm occur To Plaintiff. 5.) For Additional Relief in Plaintiffs Favor the Court Deem Proper. 6.) Award Plaintiff Compensation, Punitive, and Actual Damages, money Relief in the Amount of Determined By A Jury and as law Allows, Against All Defendants.

☒ the Plaintiff Request A trial By Jury.

AFFIDAVIT and Certification:

Pursuant To 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109 I Declare under Penalty of Perjury this Affidavit and complaints claims and All said By me is true and correct Based on my Personal knowledge involved and Believe, is competent to understand and sign this Affidavit and Made in good Faith and Belief have merits for Relief.

Sign. *Gerald Jones* on 8-21-23.
Gerald Jones B13486
PO BOX 1000, menard Il, 62259

**IN THE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Gerald Jones                    )

**Plaintiff**                    )

         v.                    )    **Case No.** _____

RoB Jeffreys, et al.            )

**Defendant**.

**PROOF/CERTIFICATE OF SERVICE**

TO: Clerk of the Court          TO: _____
Southern Dist. U.S. Federal Court  _____
E-mail E-File Address            _____
_____                  _____

TO: _____             TO: _____
_____                  _____
_____                  _____
_____                  _____

**PLEASE TAKE NOTICE that on** _8-21_, 20_23_ **I have placed the documents listed below in the institutional mail at** _MENARD_ **Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service:** COMPLAINT, INFORMA PAUPERIS AND MOTION FOR COUNSEL
_____
_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _8-21-23_          /s/ _Gerald Jones_

         NAME _Gerald Jones_

         IDOC# _B.13486_

         P.O. BOX 1000
         MENARD Ill, 62259



8-21-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

__Jones, Gerald__          __B13486__
Name                       ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?     Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?          Yes or (No)

    If yes, please list case number: _____ N/A _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:     __32__

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| —Complaint | 25 |
| —Motion For Recruitment of Counsel | 2 |
| —Application To Proceed Without Costs with Trust Fund Statements | 4 |
| —Proof/Certificate of Service | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.