IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD JONES, B13486, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-2804-DWD |
| | ) |
| ANTHONY WILLIS, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court on Plaintiff's Fourth Motion for Emergency Relief (Doc. 115). In the Motion, Plaintiff alleged he recently engaged in two acts of serious self-harm by cutting his forearms. He further claimed his wounds were possibly infected. Given the seriousness of the allegations, and Plaintiff's history of self-harm, the Court directed defendants to have Plaintiff assessed within 14 days, and it set the matter for a hearing. The Defendants have now filed a response (Doc. 119), which includes medical records from Plaintiff's September 4, 2024, medical assessment. The records from a nurse and nurse practitioner document that Plaintiff has a small wound on his right arm that is approximately 2.5cm x 2.5cm. The wound is "healing well," (Doc. 119-1 at 2), and it shows no signs of swelling, redness, irritation, or infection. (*Id.* at 1-2). As such, it is apparent that Plaintiff does not have any urgent medical need, so his Motion (Doc. 115) is **DENIED**.

Plaintiff is warned that if he files subsequent emergency motions which are shown to be factually unfounded, he may be subject to sanctions. Plaintiff is an incarcerated litigant who had already accrued three-strikes for frivolous litigation conduct prior to the inception of this case. He was allowed to proceed on the notion that his pleading demonstrated imminent danger at the time of filing, but that initial finding does not provide him cover to engage in unrelated frivolous behavior as the lawsuit progresses. Sanctions can take multiple forms, including monetary penalties or a broader filing ban. *See e.g., Atkins v. Gilbert*, 52 F.4th 359, 362 (7th Cir. 2022) (persistence in filing frivolous claims can invite sanctions from the court); *Hughes v. Varga*, 2021 WL 3028145 at *2 (7th Cir. 2011) (in an extreme case dismissal as a sanction may be warranted).

## DISPOSITION

Plaintiff's Motion for Emergency Injunction (Doc. 115) is **DENIED**. The hearing set for September 17, 2024, is hereby **CANCELLED**.

**IT IS SO ORDERED.**

**Dated**: September 9, 2024

DAVID W. DUGAN
United States District Judge